UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Darren Glenn Barnhart,<br><br>                    Plaintiff,<br><br>vs.<br><br>Kilolo Kijakazi,[1] Acting Commissioner of Social Security,<br><br>                    Defendant. | Civil Action No. 5:20-3625 -KDW<br><br>**ORDER** |

This matter is before the court on Defendant's Motion to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). ECF No. 22. In the Motion, counsel for the Commissioner advised that counsel for Plaintiff planned to file a response to the motion. *Id.* at 1. However, the deadline for filing any such response, July 16, 2021, has passed; Plaintiff has not responded to the Motion to Remand or otherwise communicated with the court. Accordingly, Defendant's Motion is *granted*. This case is reversed and remanded to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Appeals Council will refer Plaintiff's case to an administrative law judge to further evaluate Plaintiff's claims and, if warranted, offer Plaintiff the opportunity for a hearing, take any necessary actions to complete the administrative record, and issue a new decision.

IT IS SO ORDERED.

July 27, 2021
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge

---

[1] Recently, Kilolo Kijakazi became the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the court substitutes Kilolo Kijakazi for Andrew Saul as Defendant in this action.